IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 4:21-bk-01430-MJC |
| R & K REALTY, | : | |
|     Debtor | : | |
| | : | Chapter 7 |
| LAWRENCE G. FRANK | : | |
| TRUSTEE IN BANKRUPTCY FOR | : | |
| R & K REALTY, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CITIZENS AND NORTHERN BANK, | : | |
|     Respondent | : | |

**ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO §363(f) OF THE BANKRUPTCY CODE**

UPON CONSIDERATION of the foregoing motion of the Trustee to approve the sale of the Debtor's real property pursuant to §363(f) of the Bankruptcy Code, and upon the record in this case, and the relief requested being appropriate and in the best interest of the bankruptcy estate, following notice to creditors and other parties in interest, no objections appearing thereto, and it appearing that good cause exists for the relief being requested in the motion, and that the Trustee and the purchasers have acted and are acting in good faith, and that the sale of the real property results from the parties acting at "arm's length", and that, therefore, the purchasers are entitled to the protections of good faith purchasers under §363(m) of the Bankruptcy Code, it is,

HEREBY ORDERED AND DECREED that:

1. The motion is granted;

2. The Trustee is authorized to sell, assign and transfer real property at 214-216 North Lincoln Avenue, 405 Allegheny Street, and 416 Allegheny Street, all in Jersey Shore, PA 17740 free and clear of liens and encumbrances against the properties to Kurt and

Case 4:21-bk-01430-MJC    Doc 115-1    Filed 09/10/22    Entered 09/10/22 19:54:55
Desc Proposed Order    Page 1 of 3

Karen Thompson for the sum of $180,000.00 pursuant to the terms and conditions set forth in the Standard Agreement for Sale attached to the Trustee's motion.

3. The purchasers have acted in good faith as defined by §363(m) of the Bankruptcy Code in connection with the transaction authorized by this Order and is, accordingly, granted the protections therein so provided.

IT IS FURTHER ORDERED AND DECREED that the Trustee is permitted to make the following distributions from proceeds at settlement following the sale of the above properties as follows:

    (a)    6% commission to C21 1st Choice Realty and co-broker if any;

    (b)    1% transfer tax which is the responsibility of the seller;

    (c)    past due real estate taxes, if any, and present real estate taxes, which are the responsibility of the seller, prorated to the date of settlement;

    (d)    past due sewer and water charges, if any, and present sewer and water charges, if any, which are the responsibility of the seller, prorated to the date of settlement;

    (e)    any notarization and incidental recording fees associated with the sale of the above property;

    (f)    any fee for preparation of the trustee's deed;

    (g)    balance after payment of the above to Citizens and Northern Bank on account of its mortgage against the above properties.

IT IS FURTHER ORDERED AND DECREED that a certified copy of this Order may be filed in any recording offices desired by the purchasers or Trustee herein.

IT IS FURTHER ORDERED AND DECREED that the provisions of Rule 6004(h) be and hereby are waived and the parties to the agreement of sale be and hereby are authorized to settle immediately upon the entry of this Order.