| In re: | Case No. 21-01430-MJC |
|---|---|
| R & K Realty | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | R & K Realty, PO Box 100, Jersey Shore, PA 17740-0100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

**Name**         **Email Address**

Gregory Benjamin Schiller
    on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Lawrence G. Frank
    on behalf of Plaintiff Lawrence G. Frank lawrencegfrank@gmail.com trusteefrank@gmail.com

Lawrence G. Frank
    lawrencegfrank@gmail.com PA39@ecfcbis.com

Lawrence G. Frank
    on behalf of Trustee Lawrence G. Frank lawrencegfrank@gmail.com trusteefrank@gmail.com

Michael A. Cibik
    on behalf of Interested Party Kurt A Thompson mail@cibiklaw.com
    cibiklawpc@jubileebk.net;8699050420@filings.docketbird.com;cibiklaw@recap.email

Michael I. Assad

| | |
|---|---|
| | on behalf of Interested Party Kurt A. Thompson mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Michael I. Assad | |
| | on behalf of Interested Party Kurt A Thompson mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Robert E Chernicoff | |
| | on behalf of Defendant Richard C. Thompson Sr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert E Chernicoff | |
| | on behalf of Creditor Richard C. Thompson Sr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert E Chernicoff | |
| | on behalf of Creditor Clair D. Thompson & Sons Inc. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert E Chernicoff | |
| | on behalf of Creditor Richard C. Thompson Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

R & K Realty,      Chapter 7

**Debtor 1**

Case No.    4:21−bk−01430−MJC

Social Security No.:

Employer's Tax I.D. No.:
23−2902752

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

Lawrence G. Frank

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 22, 2023

**fnldec** (01/22)